**No. 46173.**—Protest 55854–K of G. Hirsch Sons, Inc. (New York).

Opinion by TILSON, J. It was stipulated that the woven fabrics in question are similar in all material respects to those the subject of *Meyer* v. *United States* (6 Cust. Ct. 191, C. D. 459). In accordance therewith the claim at 40 percent under paragraph 385 and T. D. 48316 was sustained.

**No. 46174.**—Protests 789916–G, etc., of Albrecht Import Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JULY 21, 1941

**No. 46175.**—Protests 27124–K, etc., of Manhattan Grocery Co., Inc., et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel that the containers in question are in chief value of tin plate, not plated with platinum, gold, or silver, or colored with gold lacquer, the claim at 22½ percent under paragraph 397 was sustained.